**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000819**
**19-APR-2012**
**12:56 PM**

NO. CAAP-11-0000819

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
HEATHER E. HEERS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3P611-0204)

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT-APPELLANT'S MOTION TO AMEND/CORRECT
MARCH 9, 2012 MOTION TO DISMISS APPEAL FOR LACK OF
JURISDICTION AND ORDER GRANTING MARCH 9, 2012
MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION
(By: Foley, Presiding Judge, for the court)[1]

Defendant-Appellant's April 18, 2012 Motion to
Amend/Correct March 9, 2012 Motion to Dismiss Appeal for Lack of
Jurisdiction and Order Granting March 9, 2012 Motion to Dismiss
Appeal for Lack of Jurisdiction is granted in part and denied in
part.

---

[1] Foley, Presiding Judge, Fujise and Leonard, JJ.

Defendant-Appellant's April 18, 2012 motion is granted in part as follows:

1. At page 1, in the sixth line of the caption, the court name "Family Court" is changed to "District Court", and

2. At page 1, in the seventh line of the caption, the case number is changed from "FC-CR NO. 10-1-1098" to "CASE NO. 3P611-0204", so that the caption reads as follows:

**APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT**
**(CASE NO. 3P611-0204)**

This court will enter an amended order dismissing appeal for lack of appellate jurisdiction that incorporates these corrections.

The remaining prayers for relief in Defendant-Appellant's April 18, 2012 motion are denied.

DATED: Honolulu, Hawai'i, April 19, 2012.

FOR THE COURT:

Presiding Judge